IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELVIS WAYNE JONES,

    Plaintiff,

v.                                    4:18cv215–WS/CAS

U.S. NATIONAL FEDERAL
DEBT CONTRACTORS, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed May 8, 2018. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has responded to the magistrate judge's report and recommendation with a "Motion for Court Objection Be Granted," a "motion" that provides no basis for this court to reject the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation in light of the plaintiff's "Motion for Court Objection Be Granted," this court has

determined that the magistrate judge's report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff is barred under § 1915(g) from proceeding in forma pauperis in this case. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's motion (doc. 2) to proceed in forma pauperis is DENIED. All other pending motions (docs. 4 & 6) are DENIED.

    3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE.

    4. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk shall note on the docket that this case was dismissed under § 1915(g).

    DONE AND ORDERED this __30th__ day of __May__, 2018.

                                     s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE